APPLETON STURGIS, Appellant, *v.* THE CRESCENT JUTE MANUFACTURING COMPANY, Respondent.

(Argued October 6, 1890; decided October 14, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 6, 1890, which reversed an order of Special Term denying a motion to set aside the service of a summons herein.

*Adrian H. Joline* for appellant.

*George W. Wingate* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

CORNELIUS GEORGE CROWLEY, Appellant, *v.* MARY MURPHY, Respondent.

(Argued October 6, 1890; decided October 14, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made July 14, 1890, which reversed an order of Special Term allowing plaintiff to amend his summons and complaint.

*D. Cady Herrick* for appellant.

*David B. Ogden* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.